**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: J.L., A MINOR : No. 491 MAL 2019
                                                                 :

PETITION OF: J.L., A MINOR : Petition for Allowance of Appeal from
                                                                  : the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 16th day of October, 2019, the Petition for Allowance of Appeal is

**DENIED**.